**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CARLOS H. MARTINEZ,<br><br>        Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent.<br>_____<br>CARLOS H. MARTINEZ.<br><br>        Petitioner,<br><br>    v.<br><br>MENDOZA-POWERS, Warden,<br><br>        Respondent.<br>_____ | No. CV 07-1947-AG (PLA)<br>No. CV 07-3064-AG (PLA)<br>**(consolidated actions)**<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petitions in these matters are denied and dismissed with prejudice.

DATED: September 29, 2008

                                  HONORABLE ANDREW J. GUILFORD
                                  UNITED STATES DISTRICT JUDGE